PS-8
8/88

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Justin P. Walder                                Docket No. 2:16-MJ-1066-1BO

Petition for Action on Conditions of Pretrial Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Justin P. Walder, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, sitting in the Court at Elizabeth City, on the 10th Day of July, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 4, 2016, Mr. Walder submitted to a urinalysis screening which was confirmed as positive for marijuana. Mr. Walder admitted to smoking marijuana on August 2, 2016 and signed an admission form to that fact.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial supervision be modified to include the condition that Mr. Walder participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services officer or supervising officer.

The defendant signed a waiver agreeing to the proposed modification of supervision.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Eddie J. Smith                         /s/ Kristyn Super
Eddie J. Smith                             Kristyn Super
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           200 Williamsburg Pkwy, Unit 2
                                           Jacksonville, NC 28546-6762
                                           Phone: 910-346-5104
                                           Executed On: August 29, 2016

ORDER OF THE COURT

Considered and ordered the 31 day of August, 2016, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge